Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOSTER & SONS GENERAL ENGINEERING CONTRACTORS, INC., a California corporation,<br><br>    Defendant. | Case No.:  C10-0457 MMC<br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFFS**<br>Date:         May 28, 2010<br>Time:        10:30 a.m.<br>Location:   450 Golden Gate Avenue<br>                  San Francisco, California<br>Courtroom:  7, 19th Floor<br>Judge:       Honorable Maxine M. Chesney |

Plaintiffs hereby submit their Request for Continuance of the current Case Management Conference scheduled for May 28, 2010 at 10:30 a.m. in Courtroom 7.

1. Default was entered as to Defendant on April 8, 2010.

2. After default was entered, Plaintiffs were notified of amounts found due on an audit of Defendant's payroll records for the period of January 1, 2007 through December 31, 2008. Plaintiffs are in the process of preparing an updated demand to include amounts found due on the audit. I will again offer Defendant a payment plan, spread over a 12 month period, to address all amounts currently known to be due to the Trust Funds.

-1-
REQUEST TO CONTINUE CMC
Case No.: C10-0457 MMC

3. Plaintiffs intend to file a Motion for Default Judgment if no response from Defendant is received.

4. There is nothing for the Court to consider at this point.

5. Therefore, I respectfully request that the current Case Management Conference be continued for 60 – 90 days to allow for Defendant's response, or in the alternative, the preparation, filing and hearing of the Motion.

Date:   May 20, 2010                                 SALTZMAN & JOHNSON
                                                     LAW CORPORATION

                                          By:   _____/s/_____
                                                 Michele R. Stafford
                                                 Attorneys for Plaintiffs

ORDER

The Case Management Conference currently scheduled for May 28, 2010 at 10:30 a.m. is hereby continued to  September 3, 2010  . Further, plaintiffs are hereby DIRECTED to file, no later than June 25, 2010, a motion for default judgment or a statement indicating why they should not be required to do so.

Date: May 21, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST TO CONTINUE CMC**
**Case No.: C10-0457 MMC**