Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Kurt F. Vote, Esq. (SBN 160496)
Marisa Lia Balch, Esq. (SBN 258332)
McCORMICK, BARSTOW, SHEPPARD, WAYTE and CARRUTH, LLLP
(559) 433-1300
(559) 433-2300 – Facsimile
Marisa.Balch@mccormickbarstow.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOSTER & SONS GENERAL ENGINEERING CONTRACTORS, INC., a California corporation,<br><br>    Defendant. | Case No.: C10-0457 MMC<br><br>**STIPULATION FOR EXTENSION OF AMENDED MOTION FOR DEFAULT JUDGMENT HEARING DATE**<br><br>Date:         August 13, 2010<br>Time:        9:00 a.m.<br>Location:  450 Golden Gate Avenue<br>                  San Francisco, California<br>Courtroom: 7, 19th Floor<br>Judge:       Honorable Maxine M. Chesney |

Plaintiffs and Defendant jointly request that the Amended Motion for Default Judgment hearing currently scheduled for August 13, 2010, at 9:00 a.m., be extended for two weeks, as follows:

-1-
**STIPULATION FOR EXTENSION**
**Case No.: C10-0457 MMC**

P:\CLIENTS\OE3CL\Foster & Sons General Engineering\Pleadings\Amended Motion for Default Judgment\C10-0457 MMC - Stipulation for Extension 072210.DOC

1. Plaintiff OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND filed an Amended Motion for Default Judgment ("Motion") against Defendant FOSTER & SONS GENERAL ENGINEERING CONTRACTORS, INC. on July 9, 2010.

2. The Motion is set for hearing for August 13, 2010.

3. The parties are presently engaging in settlement negotiations, which, if successful, will resolve this matter.

4. We therefore jointly request that the Amended Motion for Default Judgment hearing be continued to August 27, 2010 in order to allow Plaintiffs time to prepare the Stipulation for Defendant to review and execute it.

Dated: July 23, 2010                SALTZMAN & JOHNSON
                                    LAW CORPORATION


                                    _____/s/_____
                                    Michele R. Stafford
                                    Attorney for Plaintiffs


Dated: July 23, 2010                McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE and CARRUTH, LLP


                                    _____/s/_____
                                    Marisa L. Balch, Esq.
                                    Attorney for Defendant

ORDER

The Amended Motion for Default Judgment hearing currently scheduled for August 13, 2010 at 9:00 a.m. is hereby extended to August 27, 2010.

Date: July 28, 2010                 _____
                                    UNITED STATES DISTRICT JUDGE

-2-
STIPULATION FOR EXTENSION
Case No.: C10-0457 MMC

P:\CLIENTS\OE3CL\Foster & Sons General Engineering\Pleadings\Amended Motion for Default Judgment\C10-0457 MMC - Stipulation for Extension 072210.DOC