Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FOSTER & SONS GENERAL ENGINEERING CONTRACTORS, INC., a California corporation,<br><br>Defendant. | Case No.: C10-0457 MMC<br><br>**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Date:      September 3, 2010<br>Time:      10:30 a.m.<br>Location:  450 Golden Gate Avenue<br>           San Francisco, California<br>Courtroom: 7, 19th Floor<br>Judge:     Honorable Maxine M. Chesney |

Plaintiffs hereby submit their Request for Vacate the Case Management Conference currently scheduled for September 3, 2010 at 10:30 a.m. in Courtroom 7.

1.   On July 9, 2010, Plaintiffs filed an *Amended* Motion for Default Judgment ("Motion"). The Motion is set for hearing on August 27, 2010.

2.   On August 24, 2010, this Court issued an Order Affording Plaintiffs Opportunity to Supplement Application for Default Judgment. The Order allows Plaintiffs two options: (1) to file a supplemental declaration, in which the matter will be deemed submitted on the moving papers and no hearing will be held; or (2) to appear at the hearing.

3. Plaintiffs have prepared and filed the declaration today.

4. I respectfully request that the current Case Management Conference be vacated as Plaintiffs unopposed Motion for Entry of Judgment is pending.

Date: August 26, 2010                     SALTZMAN & JOHNSON
                                          LAW CORPORATION

                          By:    _____/s/_____
                                 Michele R. Stafford
                                 Attorneys for Plaintiffs

ORDER

The Case Management Conference currently scheduled for September 3, 2010 at 10:30 a.m. is hereby vacated.

Date:   August 27, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST TO VACATE CMC**
**Case No.: C10-0457 MMC**

P:\CLIENTS\OE3CL\Foster & Sons General Engineering\Pleadings\C10-0457 MMC - Request to Vacate CMC 082610.DOC