IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al. | No. C 10-457 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| FOSTER & SONS GENERAL ENGINEERING CONTRACTORS, INC., | |
| Defendant. | |

Before the Court is plaintiffs' Motion for Default Judgment, filed July 9, 2010. Defendant Foster & Sons General Engineering Contractors, Inc. ("Foster & Sons") has not filed opposition. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon and, for the reasons stated by plaintiffs, hereby finds as follows:

1. Plaintiffs are entitled to delinquent contributions, liquidated damages, and pre-judgment interest in the amount of $530,557.84.

2. Plaintiffs are entitled to reasonable attorney's fees in the amount of $5,775.50.

3. Plaintiffs are entitled to costs in the amount of $579.58.

Accordingly, plaintiffs' motion for default judgment is hereby GRANTED and plaintiffs shall have judgment against Foster & Sons in the amount of $530,557.84 together with

attorney's fees and costs in the amounts of $5,775.50 and $579.58, respectively, for a total of $536,912.92.

**IT IS SO ORDERED.**

Dated:  August 27, 2010

_____
MAXINE M. CHESNEY
United States District Judge