IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

  v.

FOSTER & SONS GENERAL ENGINEERING CONTRACTORS, INC.,

    Defendant.

No. CV-10-0457 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiffs are entitled to delinquent contributions, liquidated damages, and pre-judgment interest in the amount of $530,557.84.

    2. Plaintiffs are entitled to reasonable attorney's fees in the amount of $5,775.50.

    3. Plaintiffs are entitled to costs in the amount of $579.58.

    Accordingly, plaintiffs' motion for default judgment is hereby GRANTED and plaintiffs shall have judgment against Foster & Sons in the amount of $530,557.84 together with attorney's fees and costs in the amounts of $5,775.50 and $579.58, respectively, for a total of $536,912.92.

Dated: August 30, 2010

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: <u>Tracy Lucero</u>
    <u>Deputy Clerk</u>